*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-09-00743-CR

**IN RE** Guzman **SAMBRANO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice

Delivered and Filed: January 6, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On November 18, 2009, relator Guzman Sambrano filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his "Motion Requesting Forensic DNA Testing of Biological Material" and "Motion to Replace Appointed Counsel." On November 20, 2009, the trial court signed an order denying relator's motion for DNA testing. Therefore, relator's complaint that the trial court has failed to rule on relator's motion for DNA testing is now moot.

Relator's second complaint is that the trial court has failed to replace his appointed counsel that was appointed on January 3, 2008 to assist him in obtaining DNA testing. On December 28,

---

[1] This proceeding arises out of Cause No. F-87-02-042-CR, styled *State of Texas v. Guzman Sambrano*, in the 81st Judicial District Court, Frio County, Texas, the Honorable Donna S. Rayes presiding.

2009, the trial court filed a response to relator's petition for writ of mandamus, indicating that because the trial court has denied relator's motion for DNA testing, relator's request that his appointed counsel be replaced is now moot. As a result of the foregoing, we DENY relator's petition for writ of mandamus. TEX. R. APP. P. 52.8(a).

Additionally, relator filed a Motion for Leave to File Petition for Writ of Mandamus. No leave is required to file a petition for a writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's motion for leave to file is DENIED as moot.

PER CURIAM

DO NOT PUBLISH